| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney<br>DEBORAH LEE STACHEL |
| 3 | Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| 4 | JEFFREY CHEN, CSBN 260516 |
| 5 | Special Assistant United States Attorney<br>    Social Security Administration |
| 6 | 		160 Spear Street, Suite 800 |
| 7 | 		San Francisco, CA  94105<br>		Telephone: (415) 977-8939 |
| 8 | 		Facsimile: (415) 744-0134<br>		Email: Jeffrey.Chen@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JAMES KEITH MARTIN, | ) | Civil No. 1:15-cv-01660-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **FIRST EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER** |
| | ) | **RESPONSIVE BRIEF** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief.  Defendant respectfully requests this additional time because of a heavy accumulated workload following a two week absence from the office in Taiwan as a result of the passing of the undersigned's grandfather.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Monday, August 15, 2016.

Respectfully submitted,

Date: *July 18, 2016*   YOUNG CHUL CHO

By:  */s/ James Pi\**
JAMES PI
*\* By email authorization on July 18, 2016*
Attorney for Plaintiff

Date: *July 18, 2016*   BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 30-day extension, or until August 15, 2016, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the November 3, 2015 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **July 18, 2016**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE