BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES KEITH MARTIN, | ) Civil No. 1:15-cv-01660-BAM |
|     Plaintiff, | ) **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
|     v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her responsive brief.  Defendant respectfully requests this additional time because of a very heavy workload, including a Ninth Circuit brief due to be filed at the end of August.

///

///

///

///

The new due date for Defendant's responsive brief will be Wednesday, September 14, 2016.

Respectfully submitted,

Date: <u>August 18, 2016</u>        BINDER AND BINDER, LLP

By: <u>/s/ James Pi*</u>
JAMES PI
*By email authorization on August 18, 2016*
Attorney for Plaintiff

Date: <u>August 18, 2016</u>        BENJAMIN B. WAGNER
United States Attorney

By: <u>/s/ Jeffrey Chen</u>
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a second 30-day extension, or until September 14, 2016, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated**: August 19, 2016**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE