# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEITH MARTIN,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:15-cv-1660-BAM<br><br>ORDER TO SHOW CAUSE WHY PLAINTIFF'S SOCIAL SECURITY APPEAL SHOULD NOT BE DEEMED UNOPPOSED<br><br>**RESPONSE DUE October 18, 2016** |

On August 19, 2016, the Court modified the briefing schedule in this action at Defendant's request. (Doc. 16). Pursuant to this order, Defendant's opposition was to be filed on or before September 14, 2016. To date, no opposition has been filed.

Accordingly, Defendant is HEREBY ORDERED to SHOW CAUSE why Plaintiff's Social Security appeal should not be deemed unopposed and why sanctions should not issue for Defendant's failure to comply with the Court's order. Defendant shall file its written response to this order to show cause on or before October 18, 2016.

IT IS SO ORDERED.

   Dated:   **October 11, 2016**                    /s/ *Barbara A. McAuliffe*           
                                                                                    UNITED STATES MAGISTRATE JUDGE

1